**Robert H. GRANT, Appellant,**

v.

**ST. LOUIS COUNTY, MISSOURI, Respondent.**

**No. 66981.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Donald Kenneth Anderson, Jr., St. Louis, for appellant.

Dana Kay Pulis, Asst. County Counselor, St. Louis County, Clayton, for respondent.

Before REINHARD, P.J., and GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Robert H. Grant, appeals from a trial court order granting summary judgment in favor of respondent, St. Louis County, Missouri, on appellant's claim for payment of one-half of his accumulated sick leave, which appellant alleges was owing upon his exit from employment with respondent. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the trial court is supported by substantial evidence, and no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

■

**Regina LESTER, Petitioner/Respondent,**

v.

**Eugene LESTER, Respondent/Appellant.**

**No. 66871.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

James P. Leonard, Padberg, McSweeney, Slater, Merz & Graham, St. Louis, for appellant.

Malcolm H. Montgomery, Johnson, Montgomery & Maguire, Cape Girardeau, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Husband appeals the maintenance provision of a June 24, 1994 decree of dissolution. We affirm. The judgment of the trial court is supported by substantial evidence and not against the overwhelming weight of the evidence. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).